✎AO450 (Rev_5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

J&M Distributing,

    Plaintiff,

V.

Hearth & Home Technologies, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-CV-00072 SRN/TNL

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 Judgment is entered in favor of defendants. Plaintiff shall recover $0 from defendants.

| January 23, 2015 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/Susan Del Monte |
| | (By)   Susan Del Monte,   Deputy Clerk |

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

Form Modified:  09/16/04